BARRY J. PORTMAN
Federal Public Defender
ANGELA M. HANSEN
Assistant Federal Public Defender
555 - 12th Street, Suite 650
Oakland, CA 94607-3627
Telephone: (510) 637-3500

Counsel for Defendant BOARD

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR-09-00335 DLJ |
| ) | |
| Plaintiff, ) | **STIPULATION AND ORDER** |
| ) | **CONTINUING STATUS HEARING** |
| v. ) | |
| ) | Hearing Date: September 4, 2009 |
| ) | Requested Date: September 18, 2009 |
| SAMUEL BOARD, ) | |
| ) | |
| Defendant. ) | |

    The above-captioned matter is set on September 4, 2009 before this Court for a status hearing. The parties jointly request that the Court continue the matter to September 18, 2009 at 9:00 a.m., and that the Court exclude time under the Speedy Trial Act, 18 U.S.C. §§ 3161(H)(7)(A) and (B)(iv), between the date of this stipulation and September 18, 2009.

    Mr. Board is charged under 21 U.S.C. § 841 with possession with the intent to distribute over fifty grams of crack cocaine. He faces a mandatory minimum sentence of ten years in custody. He is also charged under 18 U.S.C. § 922(g) as a felon in possession of a firearm.

    The current status of the case is that the government has produced most of the discovery and the defense is still reviewing and processing the information provided. The final chemical analysis and net weight of the narcotics is expected within the next two weeks. Additionally, the parties are negotiating this matter and anticipate that there will be a negotiated disposition of the

Stip to Continue, 09-00335 DLJ

1  case.

2      The parties request this continuance because counsel for Mr. Board is unavailable on

3  September 4, 2009 and on September 11, 2009. The parties agree that the failure to grant this

4  continuance would unreasonably deny Mr. Board continuity of counsel, taking into account the

5  exercise of due diligence. The parties further stipulate and agree that the time from September 4,

6  2009 to September 18, 2009, should be excluded in accordance with the provisions of the Speedy

7  Trial Act, 18 U.S.C. §§ 3161(h)(7)(A) and (B)(iv), for continuity of counsel.

8

9  July 31, 2009                                         /s/
                                                        CHRISTINA McCALL
10                                                      Assistant United States Attorney

11

12 July 31, 2009                                         /s/
                                                        ANGELA M. HANSEN
13                                                      Assistant Federal Public Defender

14

15

16     I hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/S/) within this efiled document.    /S/ ANGELA M. HANSEN

Stip to Continue, 09-00335 DLJ                      2

**ORDER**

Based on the reasons provided in the stipulation of the parties above, the Court hereby finds that the ends of justice served by the continuance requested herein outweigh the best interest of the public and the defendant in a speedy trial because the failure to grant the continuance would deny Mr. Board continuity of counsel.  The Court makes this finding because defense counsel is unavailable on September 4, 2009 and on September 11, 2009.

Based on these findings, IT IS HEREBY ORDERED THAT the STATUS hearing date of September 4, 2009 is continued to September 18, 2009 at 9:00 a.m. and that time is excluded from September 4, 2009 to September 18, 2009 pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and (B)(iv).

IT IS SO ORDERED.

  July 31, 2009  
Date

D. LOWELL JENSEN  
Senior United States District Judge