1  BARRY J. PORTMAN
   Federal Public Defender
2  ANGELA M. HANSEN
   Assistant Federal Public Defender
3  555 - 12th Street, Suite 650
   Oakland, CA 94607-3627
4  Telephone: (510) 637-3500

5  Counsel for Defendant BOARD

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR-09-00335 DLJ |
| ) | |
| Plaintiff, ) | **STIPULATION AND ORDER** |
| ) | **CONTINUING STATUS HEARING** |
| v. ) | |
| ) | Hearing Date: September 18, 2009 |
| ) | Requested Date: October 2, 2009 |
| SAMUEL BOARD, ) | |
| ) | |
| Defendant. ) | |

   The above-captioned matter is set on September 18, 2009 before this Court for a status hearing. The parties jointly request that the Court continue the matter to October 2, 2009 at 9:00 a.m., and that the Court exclude time under the Speedy Trial Act, 18 U.S.C. §§ 3161(H)(7)(A) and (B)(iv), between the date of this stipulation and October 2, 2009.

   Mr. Board is charged under 21 U.S.C. § 841 with possession with the intent to distribute over fifty grams of cocaine base. He faces a mandatory minimum sentence of ten years in custody. He is also charged under 18 U.S.C. § 922(g) as a felon in possession of a firearm.

   The current status of the case is that the parties are negotiating this matter and anticipate that there will be a negotiated disposition of the case. In the meantime, the government has produced discovery and the defense is still reviewing and processing the information provided and completing its investigation of the case. Additionally, the defense has requested a copy of a

Stip to Continue, 09-00335 DLJ

1  video that was taken when Mr. Board's home was searched, and the government plans to
2  produce that video so that defense counsel can review it with Mr. Board before the next
3  scheduled appearance.
4      The requested continuance will allow the defense to complete its review of the discovery,
5  to investigate the underlying facts of the case, and to obtain and review additional records, if
6  necessary.  The parties agree that the failure to grant this continuance would unreasonably deny
7  counsel for defendant the reasonable time necessary for effective preparation, taking into
8  account the exercise of due diligence.  The parties further stipulate and agree that the time from
9  September 18, 2009 to October 2, 2009, should be excluded in accordance with the provisions of
10 the Speedy Trial Act, 18 U.S.C. §§ 3161(h)(7)(A) and (B)(iv) for effective preparation of
11 counsel.

13 September 11, 2009                                /s/
                                                CHRISTINA McCALL
14                                              Assistant United States Attorney

16 September 11, 2009                                /s/
                                                ANGELA M. HANSEN
17                                              Assistant Federal Public Defender

20     I hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/S/) within this efiled document.         /S/ ANGELA M. HANSEN

**ORDER**

Based on the reasons provided in the stipulation of the parties above, the Court hereby finds that the ends of justice served by the continuance requested herein outweigh the best interest of the public and defendant in a speedy trial because the failure to grant the continuance would deny counsel for defendant the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.  The Court makes this finding because defense counsel needs time to review the discovery and to conduct an investigation, which is necessary for the defense preparation of the case.

Based on these findings, IT IS HEREBY ORDERED THAT the STATUS hearing date of September 18, 2009 is continued to October 2, 2009 at 9:00 a.m.  It is FURTHER ORDERED that time is excluded from September 18, 2009 to October 2, 2009 pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and (B)(iv).

IT IS SO ORDERED.

  September 14, 2009  
Date

D. LOWELL JENSEN  
Senior United States District Judge